**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-2438**

———————————

CHRISTOPHER LEE JOHNSON; VERONICA MOODY
JOHNSON,

                Defendants & Third Party Plaintiffs - Appellants,

      versus

EMERALD GREENS PROPERTY OWNERS ASSOCIATION
BOARD OF DIRECTORS, jointly and severally and
in their individual capacity, personally
(immediate past and present members); MIKE
LEWIS, President; RICHARD MATTHEWS; CRAIG
POPPIN; MARK WILLIAMS; PETER NICHOLS; KATHY
THOMAS; ANNE DEL CORE; DAVID THOMPSON,

                      Third Party Defendants - Appellees,

      versus

EMERALD GREENS PROPERTY OWNERS ASSOCIATION,

                      Plaintiff - Appellee,

MARY E. COX,

                      Movant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-00-514-2)

———————————

Submitted: April 18, 2002            Decided: May 14, 2002

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Lee Johnson, Veronica Moody Johnson, Appellants Pro Se. Barry Randolph Koch, Virginia Beach, Virginia; Gerrit W. Benson, Michael Allen Inman, INMAN & STRICKLER, P.L.C., Virginia Beach, Virginia; Alexander William Stiles, WILLIAMS, MULLEN, CLARK & DOBBINS, P.C., Virginia Beach, Virginia; David C. Burton, WILLIAMS, MULLEN, CLARK & DOBBINS, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Lee Johnson and Veronica Moody Johnson appeal the district court's order granting summary judgment to the Emerald Greens Property Owners Association on the Johnsons' cross-claims, granting summary judgment to the Board of Directors of the Emerald Greens Property Owners Association and to its individual members, denying the Johnsons' motion for summary judgment, and remanding the remaining claims to state court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Johnson v. Emerald Greens Prop. Owners Ass'n, No. CA-00-514-2 (E.D. Va. filed Oct. 25, 2001 & entered Oct. 26, 2001; Oct. 30, 2001). We deny the Johnsons' motions to stay review of the case and to consolidate the case with No. 02-1371, Johnson v. City of Chesapeake. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3